UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

CITATION / CASE NO. _5:05mj54 TAG_

## ORDER TO PAY

_Stephanie Bassette_

SOCIAL SECURITY #: _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_
DATE OF BIRTH: _Oct. 23, 1986_
DRIVER'S LICENSE #: _D5860249_
ADDRESS: _31978 St. Anne Dr._
_Llano_          _CA_          _93544_
  City            State         Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: _8/9/05_          _Stephanie Bassette_
                        DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: _5mj 54_       FINE ~~150~~ _100.00_   ASGMT. _25.00_
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

(X) **FINE TOTAL** of $ _100.00_ and a penalty assessment of $ _25.00_ within _30_ _(days)_/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU       (CLERK, USDC)              CLERK, USDC
P.O. BOX 740026                 501 "I" St., #4200         1130 O Street, Rm 5000
Atlanta, GA 30374-0026          Sacramento, CA 95814       Fresno, CA 93721
1-800-827-2982

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: _Aug 9, 2005_           _Teresa Goldnee_
                              U.S. MAGISTRATE JUDGE  by _A. Juen_
Clerk's Office                                          EDCA - 03 Rev 8/97