CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| CAE | Bassette, Stephanie R. | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 5:05-000054-001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Bassette | Petty Offense | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 13-3800.P -- LARCENY AND THEFT, MISDEMEANOR OTHER

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| Wallin, David M.<br>41319 12th Street West<br>Suite 101<br>Palmdale CA 93551<br><br>Telephone Number:  (661) 267-1313 | X  O  Appointing Counsel            C  Co-Counsel<br>☐ F  Subs For Federal Defender   ☐ R  Subs For Retained Attorney<br>☐ P  Subs For Panel Attorney       ☐ Y  Standby Counsel<br>Prior Attorney's Name: _____<br>    Appointment Date: _____<br>Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case. |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)<br>Law Offices of David M. Wallin<br>41319 12th Street West<br>Suite 101<br>Palmdale CA 93551 | or ☐ (See Instructions)<br>*Melissa M. Coldner*<br>Signature of Presiding Judicial Officer or By Order of the Court<br>06/14/2005    6/28/2005    6/14/2005<br>   Date of Order                 Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES  X NO |

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| **15.** | a. Arraignment and/or Plea | .5 | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| **In Court** | d. Trial  pre-trial | 2.0 | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00 )   TOTALS: | 2.5 | $225.00 | | | |
| **16.** | a. Interviews and Conferences | 1.0 | | | | |
| | b. Obtaining and reviewing records | 1.0 | | | | |
| **Out of Court** | c. Legal research and brief writing | | | | | |
| | d. Travel time | 1.5 | | | | |
| | e. Investigative and Other work   (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00 )   TOTALS: | 3.5 | $315.00 | | | |
| **17.** | Travel Expenses  (lodging, parking, meals, mileage, etc.) | | 30.38 | | | |
| **18.** | Other Expenses  (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | $570.38 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM 6/14/05   TO   8/9/05 | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION 04 |
|---|---|---|

**22. CLAIM STATUS** ☒ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or remimbursement for this case?  ☐ YES  ☒ NO   If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☒ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____   Date: _____

### APPROVED FOR PAYMENT – COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| $225.00 | $315.00 | $30.38 | | $570.38 |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| *Melissa M. Coldner* | 9-1-2005 | 72BJ |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

JUN 3 0 2005     JUN 2 6 2005

Case Name __U.S. v Stephanie Bassette__

Case Number __5:05-000054-001__

Page __1__ of __3__

## In-Court Hourly Worksheet

| Date | Brief Description of Services | Arraignment and/or Plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Other (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 6/14/05 | Court appearance | .5 | | | | | | | |
| 7/12/05 | Court appearance (pretrial) | | | | 1.0 | | | | |
| 8/9/05 | Court appearance (pretrial) | | | | 1.0 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Page Total** | | .5 | | | 2.0 | | | | |
| **Grand Total** | | .5 | | | 2.0 | | | | |

Case Name __U.S. v Stephanie R. Bassette__
Case Number __5:05-000054-001__

## Out-of-Court Worksheet

| Date | Brief Description of Services | Interviews/ Conferences | Obtain/Review Records | Legal Research/ Brief Writing | Travel Time | Investigative/ other work |
|---|---|---|---|---|---|---|
| 6/15/05 | Review records/confer w/paralegal | | .5 | | | |
| 6/27/05 | Review video | | .5 | | | |
| 7/11/05 | Confer w/client (Charlie) w/para ... | 1.0 | | | | |
| 6/14/05 | Court appearance | | | | -0- | |
| 7/12/05 | Court appearance | | | | -0- | |
| 8/9/05 | Court appearance | | | | 1.5 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Page Total | | 1.0 | 1.0 | | 1.5 | |
| Grand Total | | 1.0 | 1.0 | | 1.5 | |



Case Name U.S. v Stephanie Bassette
Case Number 5:05-000054-001

EXPENSE WORKSHEET

3 of 3

| Date | Brief Description | Mileage | Parking | Copies | Postage | Phone Fax | Other |
|------|-------------------|---------|---------|--------|---------|-----------|-------|
| 8/9/05 | Round trip to EAFB | 75 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | - | 75 | | | | | |

$ 30.38